UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA M. JAMES, | |
| Plaintiff, | Case No.: 4:18-cv-001230 |
| v. | Magistrate Honorable Stephen Wm. Smith |
| CONVERGENT OUTSOURCING, INC., | |
| Defendant. | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHRISTINA M. JAMES and the Defendant, CONVERGENT OUTSOURCING, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 27, 2018                              Respectfully Submitted,

**CHRISTINA M. JAMES**                                  **CONVERGENT OUTSOURCING, INC.**

*/s/ Marwan R. Daher*                                  */s/ John W. Bowdich (with consent)*
Marwan R. Daher                                         John W. Bowdich
*Counsel for Plaintiff*                                 *Counsel for Defendant*
Sulaiman Law Group, Ltd.                                Bowdich & Associates, PLLC
2500 S. Highland Ave., Ste. 200                         10440 N. Central Expressway, Suite 1540
Lombard, Illinois 60148                                 Dallas, Texas 75231
Phone: (630) 575-8181                                   Phone: (214) 307-9500
mdaher@sulaimanlaw.com                                  jbowdich@bowdichlaw.com

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                              *s/ Marwan R. Daher*
                                              Marwan R. Daher