United States District Court
Southern District of Texas
**ENTERED**
October 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA M. JAMES, | |
| Plaintiff, | Case No.: 4:18-cv-001230 |
| v. | Magistrate Honorable Stephen Wm. Smith |
| CONVERGENT OUTSOURCING, INC., | |
| Defendant. | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHRISTINA M. JAMES and the Defendant, CONVERGENT OUTSOURCING, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 27, 2018

Respectfully Submitted,

**CHRISTINA M. JAMES**

/s/ Marwan R. Daher
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

**CONVERGENT OUTSOURCING, INC.**

/s/ John W. Bowdich (with consent)
John W. Bowdich
*Counsel for Defendant*
Bowdich & Associates, PLLC
10440 N. Central Expressway, Suite 1540
Dallas, Texas 75231
Phone: (214) 307-9500
jbowdich@bowdichlaw.com

IT IS SO ORDERED.

SIGNED on the __28__ day of September, 2018.

_____
DAVID HITTNER
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*
Marwan R. Daher
